No. 76–5749. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5750. GRUMMEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5758. LEAK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5768. COZZETTI *v.* ALBRIGHT ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5781. HARSTROM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5782. SIMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5783. DARBY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5784. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5794. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5795. FLOWERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5802. BRABHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5808. DEL GUZZI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5814. ARNOLD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5827. GINYARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.